UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:15-cr-00066 |
| VERSUS | JUDGE HICKS |
| JEFFERY ALEXANDER | MAGISTRATE JUDGE HORNSBY |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, comes Rebecca L. Hudsmith, Federal Public Defender, who respectfully shows:

1.

Defendant Jeffery Alexander filed *pro se* a motion pursuant to 28 U.S.C. § 2255 on June 9, 2016 for relief based on the Supreme Court's decision in *Johnson v. United States,* ____U.S._____ 135 S.Ct.2551 (June 26, 2015).

2.

Pursuant to an Administrative Order dated June 24, 2016, undersigned counsel, Rebecca L. Hudsmith, Federal Public Defender, was appointed to represent any defendant who was identified as possibly qualifying for federal habeas relief under *Johnson v. United States,* ____U.S._____ 135 S.Ct.2551 (June 26, 2015). By operation of this Administrative Order, Ms. Hudsmith was appointed to represent defendant in connection with his Section 2255 motion.

3.

Following a review of the *pro se* filing by defendant, undersigned counsel believes it is in the best interest of the defendant that he be allowed to continue to pursue the matter on a *pro se* basis and, accordingly, seeks to withdraw as counsel of record.

4.

Undersigned has consulted with Government counsel and the Government does not oppose the Motion to Withdraw.

WHEREFORE, undersigned counsel, Rebecca L. Hudsmith, respectfully prays that this Court grant this motion and allow her to withdraw as counsel of record for defendant in connection with his *pro se* filing pursuant to 28 U.S.C. § 2255.

        RESPECTFULLY SUBMITTED,

        BY:   **S/REBECCA L. HUDSMITH**
               REBECCA L. HUDSMITH, La. Bar No. 07052
        Federal Public Defender
        Middle and Western Districts of Louisiana
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana 70501
        Telephone: 337-262-6336
        Facsimile: 337-262-6605

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF) and will be sent to the defendant by first class mail on this 26 day of January 2017, Lafayette, Louisiana.

        S/ REBECCA L. HUDSMITH