UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:15-cr-00066 |
| VERSUS | JUDGE HICKS |
| JEFFERY ALEXANDER | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the foregoing motion to withdraw and counsel of record,

IT IS HEREBY ORDERED that Rebecca L. Hudsmith, Federal Public Defender, be allowed to withdraw as counsel of record for Defendant.

~~Lafayette~~ Shreveport, Louisiana, January 27, 2017

_____
~~District~~ Magistrate Judge