Case 5:15-cr-00066-SMH-MLH   Document 60   Filed 10/26/18   Page 1 of 1 PageID #: 305

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для
Western District of Louisiana

COPY SENT:
DATE: 10/26/18
BY: DM
TO: USP-cert.

United States of America
v.
Jeffery Lynn Alexander

Case No: 5:15-CR-00066-01
USM No: 17560-035

Date of Original Judgment: 02/18/2016
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/18/2016 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/26/18

Judge's signature

Effective Date: _____
*(if different from order date)*

S. Maurice Hicks, Jr., Chief Judge, United States District Court
*Printed name and title*