**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 15-00066

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

JEFFERY LYNN ALEXANDER                       MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Defendant Jeffery Lynn Alexander's ("Alexander") *pro se* "Notice of Eligibility / Motion to Vacate / Motion for Appointment of Counsel." See Record Document 48. The United States has filed a response in opposition. See Record Document 55.

In his motion, Alexander asserts that he is entitled to relief under Johnson v. United States, 135 S. Ct. 2551 (2015), and seeks a reduction of his sentence as well as appointment of counsel. See Record Document 48. The Court construes this filing as a motion under 28 U.S.C. § 2255.

In 2015, Alexander plead guilty to Counts One, Two, Three, and Four of the Indictment. See Record Document 33. At sentencing, the Court found that Alexander qualified as an armed career criminal based on three prior controlled substance convictions. See Record Document 43, 44, & 38 at 7. The Court then sentenced Alexander to 188 months as to Counts One, Two, and Four, to run concurrently, and 60 months as to Count Three, to run consecutively, for a total term of 248 months. See Record Document 42.

Alexander is not entitled to relief under Johnson. Although Alexander contends that he was sentenced under the Armed Career Criminal Act's residual clause, the record does

not support that assertion. Alexander's armed career criminal designation was based on prior serious drug offenses, not the residual clause invalidated in <u>Johnson</u>. Thus, <u>Johnson</u> does not provide a basis for relief.

Accordingly,

**IT IS ORDERED** that Alexander's Motion (Record Document 48) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of April, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT